102 So.2d 911

**Ex parte Robert T. ERVIN, Jr., Judge.**

**I Div. 764.**

Supreme Court of Alabama.

May 22, 1958.

Harry Seale, Mobile, for petitioner.

John Patterson, Atty. Gen., and Jas. W. Webb, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

The State, on the relation of Bill Lyerly, as Director of the Department of Public Safety, brought a petition for mandamus against Robert T. Ervin, Jr., as Judge of the Circuit Court, Mobile County. The Court of Appeals granted the writ and the respondent Judge applied to the Supreme Court to review and revise the decision of the Court of Appeals, Ex parte State ex rel. Lyerly, 39 Ala.App. 299, 102 So.2d 908.

Writ denied.

LAWSON, MERRILL and COLEMAN, JJ., concur.

105 So.2d 150

**Arthur GLOVER**

v.

**Pauline R. HUDDLESTON.**

**5 Div. 687.**

Supreme Court of Alabama.

May 29, 1958.

Rehearing Denied Sept. 25, 1958.

Arthur Glover, petitioner, pro se.

Geo. P. Howard, Wetumpka, opposed.

STAKELY, Justice.

Petition of Arthur Glover, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Glover v. Huddleston, 39 Ala.App. 261, 105 So.2d 148.

Writ denied.

LIVINGSTON, C. J., and LAWSON and COLEMAN, JJ., concur.